11-3-15
24,422-02

Ricky Thomas
CCA No.# WR-24,422-02
Trial Court Case No.# W92-33579-W (B)

I NEVER did RECEIVE NOTICE of my APPEAL being denial AS of today 11-3-15. So can please SEND ME A copy so I CAN file AN APPEAL to the higher courts.

Thank You!

Ricky Thomas

cc:

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 06 2015

Abel Acosta, Clerk